USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/30/12

United States District Court
Southern District of New York

---

LEONDARD SCOTT,

               Plaintiff,

  - against -

MICHAEL ASTRUE,

              Defendants.

---

10 Civ. 9481 (JGK)(RLE)

ORDER

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Ellis, dated March 14, 2012, in this case, and finds the Report and Recommendation well-founded. The parties have represented that there are no objections to the Court's adopting the Report and Recommendation in full at this time.

Therefore, the Court adopts in full the Magistrate Judge's Report and Recommendation. In accordance with the Report and Recommendation, the Commissioner's motion is **denied**, the plaintiff's motion is **granted**. The Clerk is directed to enter judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g) remanding this case to the Commissioner in accordance with the Report and Recommendation, and to close this case and to close all pending motions.

SO ORDERED.

Dated:   New York, New York
           March 30, 2012

                                       John G. Koeltl
                                       United States District Judge

1